AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:19-cr-00024(4) |
| | ) | |
| DAMIEN BYRD | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **DAMIEN BYRD**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**SEE ATTACHED INDICTMENT**

Date: 03/06/2019

*Issuing officer's signature*

City and state: Cincinnati, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on (date) 3/6/19, and the person was arrested on (date) 3/18/19
at (city and state) _____

Date: 3/19/19

*Arresting officer's signature*

Keysha Bailey, Special Agent
*Printed name and title*