UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:19-CR-24 |
| | : | |
| Plaintiff, | : | JUDGE BARRETT |
| | : | |
| v. | : | |
| | : | **ORDER** |
| | : | |
| LORIN K. BUCKNER, et al., | : | |
| | : | |
| Defendants. | : | |

This matter came before the Court on June 14, 2019 for a status conference.

The parties report they continue to engage in discovery which is confirmed to be voluminous and is being managed in accordance with the Court's Order of May 29, 2019 (Doc. 124) by appointed Discovery Coordinator Angela Campbell. The Court has previously designated this matter to be complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) (Doc. 122). The parties have requested that the matter be continued for status conference in order for them to engage in discovery. Accordingly, a follow up status conference has been set for September 13, 2019.[1]

Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the Court may grant a continuance upon motion by the defendants or their counsel, or by the government. Furthermore, any delay in the trial proceedings caused by such a motion may be excluded from the seventy-day period during which the trial must begin upon a finding by the Court that the ends of justice outweigh the interests of the defendants and the public in a speedy trial. The Court finds that a continuance of trial to allow the Defendants to receive and review all of the

---

[1] The parties shall refer to the entry on May 1, 2019 for conferencing instructions.

1

government's discovery, to assess the evidence, and to prepare for trial or other resolution of the case, outweighs the public's interest and the Defendants' interest in a speedy trial. Accordingly, the period of delay caused by this continuance (from June 14, 2019 through at least September 13, 2019) will be excluded from the seventy-day period enumerated in 18 U.S.C. § 3161(c)(1).

Finally, if any party has an objection to this Order, they should file said objection within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**


    June 24, 2019                                           *s/Michael R. Barrett*
DATE                                                   HONORABLE MICHAEL R. BARRETT
                                                           UNITED STATES DISTRICT JUDGE